Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:20-mj-00017-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JAMES W. KEARNEY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:20-mj-00017-JDP*, without prejudice and in the interest of justice.

                                                              Respectfully submitted,

                                                              McGREGOR SCOTT
                                                              United States Attorney

Dated:  November 18, 2020             /S/ *Sean O. Anderson*
                                                               SEAN O. ANDERSON
                                                              Legal Officer
                                                              Yosemite National Park

ORDER

Upon Motion of the United States, the above referenced matter *United States v. Kearney* case no. 6:20-mj-00017-JDP, is dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   November 18, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2